

**Alexander D. Widell**
Partner
Direct Dial: (516) 880-7233
Email: awidell@moritthock.com

February 15, 2024

**Via ECF**

The Honorable Orelia E. Merchant
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Hon. Jerome C. Murphy

    Re:  Styleline Studios International Limited v. Litvack – Case No. 2:24-cv-01192-OEM-JMW

Dear Judge Merchant:

    This firm represents Plaintiff in the above-referenced matter. Earlier today, we commenced the action and then moved, by order to show cause (the "OTSC"), for a temporary restraining order and a preliminary injunction. I write in response to Your Honor's Order of today directing Plaintiff to certify its efforts to give Defendant notice of Plaintiff's OTSC.

    Pursuant to the Order, it appears that the Court is under the belief that Plaintiff seeks to obtain a TRO without notice to Defendant. That is not the case. As set forth in my Emergency Declaration (ECF Document 5-2), by email sent on February 14, 2024, I advised Plaintiff and his attorney that Plaintiff will be presenting the OTSC this afternoon. (A true and correct copy of the email is attached hereto as Exhibit A.) As reflected in the "Attachments" line of the email, I also attached a copy of the proposed OTSC. In addition, I called Plaintiff's attorney from Judge Wick's courtroom today, but only received his voicemail.

    Finally, as directed by Your Honor, I sent a copy of Your Honor's Order to Plaintiff and his counsel, along with the Complaint, another copy of the OTSC, and the attachments to the OTSC.

                                                  Respectfully submitted,

                                                  /s/ *Alexander D. Widell*
                                                  Alexander D. Widell

# EXHIBIT A

Case 2:24-cv-01192-OEM-JMW   Document 6   Filed 02/15/24   Page 2 of 3 PageID #: 294

## Alexander D. Widell

| | |
|---|---|
| **From:** | Alexander D. Widell |
| **Sent:** | Wednesday, February 14, 2024 10:43 PM |
| **To:** | 'jay@jslidesfootwear.com'; 'isiegel@siegelreiner.com' |
| **Cc:** | Michael J. Schwab |
| **Subject:** | Notice of Submission of Order to Show Cause |
| **Attachments:** | Order to Show Cause (EDNY).pdf |

Dear Messrs. Litvack and Siegel:

Please be advised that this firm represents Styleline Studios International Limited. At approximately 2:00 p.m. tomorrow, February 15, 2024, we will be filing the attached Order to Show Cause in the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722.

Sincerely,

Alexander D. Widell



**Alexander D. Widell**
*Partner*

STRENGTH IN PARTNERSHIP®

🏢 Garden City Office
📞 516.873.2000
🌐 www.moritthock.com

📞 516.880.7233
📱 917.207.4943
✉ awidell@moritthock.com

 

NEW YORK CITY | GARDEN CITY | FORT LAUDERDALE

WAIVER: This email and any document transmitted herewith are for discussion purposes only and shall not be binding on any party unless and until a definitive written agreement is signed and delivered by all parties. The requirement of asigned writing shall not be satisfied by an agreement reached by exchange of emails or oral negotiations, even if any prior or further emails or negotiations did not or do not include this disclaimer. All rights and remedies are expressly reserved.

CONFIDENTIALITY NOTICE: This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, use, distribution or copying of this email, its contents, and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you have received this email in error, please immediately notify the sender and delete the email and any attachments and destroy any tangible manifestation thereof. Thank you.