**Paul Hugel <hugel@clayro.com>**

## Re: FW: Termination

**Jay litvack** <jayslitvack@gmail.com>   Tue, Feb 27, 2024 at 5:30 PM
To: Jay Litvack <jay@jslidesfootwear.com>, Paul Hugel <hugel@clayro.com>

> Paul
>
> On Tue, Feb 27, 2024 at 5:26 PM Jay Litvack <Jay@jslidesfootwear.com> wrote:
>
>> -----ORIGINAL MESSAGE-----
>> FROM: TINA LIU <TINAEVLIU@GMAIL.COM>
>> SENT: TUESDAY, NOVEMBER 14, 2023 6:58 PM
>> TO: JAY LITVACK <JAY@JSLIDESFOOTWEAR.COM>; DIMITRIMAVRIDAKIS@GMAIL.COM; MIKE KERR <MIKE@JSLIDESFOOTWEAR.COM>; GRACIE.YANG@STYLELINE.HK; JOSEPHINE NG <JOSEPHINE.NG@STYLELINE.HK>
>> SUBJECT: TERMINATION
>>
>> JAY, DIMITRI AND MIKE,
>>
>> THE ONGOING SITUATION OVER THE LAST 2 YEARS AND ESPECIALLY THIS LAST F/W SEASON DELAYING , CANCELLING AND HOLDING ORDERS IN CHINA AS WELL AS THE OUTSTANDING DEBT OF OVER 3 MILLION HAS CREATED AN IMPOSSIBLE PATH FORWARD AND WITH THIS NOTE I AM OFFICIALLY ADVISING YOU THAT ALL S/S 24 ORDERS HAVE BEEN STOPPED.
>> WE ARE UNABLE TO CONTINUE WITH THE WAY AND MANNER THE LLC IS CONDUCTING BUSINESS AND NEITHER ARE ANY OF OUR FACTORIES.
>> THERE IS SIMPLY TOO MUCH RISK.
>>
>> TINA