

230 Park Avenue
New York, NY 10169
otterbourg.com
212 661 9100

William M. Moran
wmoran@otterbourg.com
212 905 3625

May 22, 2024

VIA EMAIL

Alexander D. Widell, Esq.
Moritt Hock @ Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530

Paul Scott Hugel, Esq.
Clayman Rosenberg Kirschner & Linder LLP
305 Madison Avenue
New York, New York 10165

Peter Scoolidge, Esq.
2 Park Avenue, 20th Floor
New York, NY  10016

   Re: Styleline Studios, LLC Int'l Ltd v. Litvack, 24-cv-01192-OEM-JMW

Dear Counsel:

  We represent proposed Intervenor-Defendant and Counterclaim-Plaintiff Hilldun Corporation ("Hilldun") in this action.

  Pursuant to Rule III.F of Judge Merchant's Individual Practices and Rules, we enclose the following documents in support of Hilldun's Motions to Intervene and for a Preliminary Injunction:

1. Notice of Motion;

2. Declaration of Gary Wassner with exhibits;

3. Declaration of William M. Moran with exhibit; and

7948897.1



May 22, 2024
Alexander D. Widell, Esq.
Paul Scott Hugel, Esq.
Peter Scoolidge, Esq.
Page 2

    4. Memorandum of Law.

Respectfully,

William M. Moran

Andrew S. Halpern

Enclosures
cc:    Hon. Orelia E. Merchant (*w/o Encls.*, *via ECF*)

7948897.1