UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STYLELINE STUDIOS INTERNATIONAL
LIMITED,

                       Plaintiff,

        - against -

JAY LITVACK,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 2:24-cv-1192-OEM-JMW

**DECLARATION OF SERVICE**

    I, ALFREDO SORRENTINI, declare pursuant to 28 U.S.C. § 1746 as follows:

    1.     I am over 18 years old, am not a party to this action, and reside in New York, New York County.

    2.     On May 23, 2024, I served true and correct copies of the cover letter dated May 22, 2024; the Declaration of Gary Wassner in Support of Proposed Intervenor-Defendant Hilldun Corporation's Motions to Intervene and for a Preliminary Injunction and the exhibits thereto; the Declaration of William M. Moran in Support of Proposed Intervenor-Defendant and Counterclaim-Plaintiff Hilldun Corporation's Motion to Intervene and Exhibit thereto; the Memorandum of Law in Support of Hilldun Corporation's Motions to Intervene and for a Preliminary Injunction; and the Notice of Proposed Intervenor-Defendant and Counterclaim-Plaintiff Hilldun Corporation's Motion to Intervene and Motion for a Preliminary Injunction (the "***Papers***") by Federal Express priority overnight service, upon:

                Alexander D. Widell, Esq.
                Moritt Hock Hamroff & Horowitz, LLC
                400 Garden City Plaza
                Garden City, NY 11530

Paul Scott Hugel, Esq.
Clayman & Rosenberg
305 Madison Avenue
Suite 1301
New York, New York 10165

Peter Scoolidge, Esq.
Scoolidge Peters Russotti & Fox LLP
2 Park Avenue
20th Floor
New York, New York 10016

by personally delivering prepaid Federal Express packages containing the Papers to an agent of

Federal Express at 450 Lexington Avenue, New York, New York 10017.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May

24, 2024.

ALFREDO SORRENTINI

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X
STYLELINE STUDIOS INTERNATIONAL           :
LIMITED,                                                    :      No. 2:24-cv-1192-OEM-JMW
                                      Plaintiff,        :
                                                           :      **<u>DECLARATION OF SERVICE</u>**
            - against -                                :
                                                           :
JAY LITVACK,                                         :
                                   Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - X

I, ANDREW S. HALPERN, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

1.       I am associated with the law firm of Otterbourg P.C, which represents Proposed Intervenor-Defendant and Counterclaim-Plaintiff Hilldun Corporation in this action.

2.       On May 22, 2024, I served true and correct copies of the cover letter dated May 22, 2024, the Declaration of Gary Wassner in Support of Proposed Intervenor-Defendant Hilldun Corporation's Motions to Intervene and for a Preliminary Injunction, the Declaration of William M. Moran in Support of Proposed Intervenor-Defendant and Counterclaim-Plaintiff Hilldun Corporation's Motion to Intervene, and the Notice of Proposed Intervenor-Defendant and Counterclaim-Plaintiff Hilldun Corporation's Motion to Intervene and Motion for a Preliminary Injunction by email upon Alexander D. Widell, Esq., Paul Scott Hugel, Esq., and Peter Scoolidge, Esq., by emailing those papers to Mr. Widell at awidell@moritthock.com, to Mr. Hugel at hugel@clayro.com, and to Mr. Scoolidge at peter@sprfllp.com.

3.       On May 23, 2024, I served a true and correct copy of the Memorandum of Law in Support of Hilldun Corporation's Motions to Intervene and for a Preliminary Injunction by email upon Alexander D. Widell, Esq., Paul Scott Hugel, Esq., and Peter Scoolidge, Esq., by emailing it

to Mr. Widell at awidell@moritthock.com, to Mr. Hugel at hugel@clayro.com, and to Mr. Scoolidge at peter@sprfllp.com.

      4.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 24, 2024.

*Andrew S. Halpern*

    ANDREW S. HALPERN