

**Michael J. Schwab**
Partner
Direct Dial: (212) 239-5527
Email: mschwab@moritthock.com

November 1, 2024

**VIA ECF**
Magistrate Judge James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York, NY 11722

   Re: Styleline Studios Int'l v. Litvack
      24-cv-01192-OEM-JMW

Dear Magistrate Judge Wicks.

  This firm represents Plaintiff Styleline Studios International Limited ("Styleline-HK"). Pursuant to the Court's order of October 17, 2024, the following is a joint report on the status of the settlement discussions.

- As the court has been advised, although this action is limited to trademark infringement claims brought under the Lanham Act and its related New York state counterparts, the dispute among the parties is much broader and includes two other pending actions in the state courts of New York, an action by non-party Hilldun Corporation's ("Hilldun") seeking to enforce its alleged rights under a purported Discount Factoring Agreement (the "Hilldun Action") and an action to dissolve non-party Styleline Studios, LLC ("Styleline-NY").

- On October 31, 2024 the parties entered into separate settlement agreements settling the Hilldun Action.

- The parties have exchanged, but are still negotiating the terms of the agreement to settle this action.

  Now that the agreements with Hilldun have been completed the parties are hopeful that they will be able to complete an agreement that will result in the dismissal of this action without prejudice.. The parties therefore request an additional two weeks to seek to complete an agreement.

  The parties appreciate your kind consideration of this request.

                Very truly yours,

                Michael J. Schwab

cc:  All counsel of record (via ECF)

1407 Broadway, 39th Floor, New York, New York 10018| P: 212·239·2000 | F: 212·239·7277
www.moritthock.com

3731573v1