UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
STYLELINE STUDIOS INTERNATIONAL LIMITED, :
                                            Plaintiff           :

                                                 v.                   :         **STIPULATION**

JAY LITVACK,                                          :         Case 24-cv-1192-OEM-JMW

                                         Defendant      :
-----------------------------------------------------------------x

       It is hereby stipulated and agreed between the undersigned counsel for Plaintiff Styleline Studios International Limited and Defendant Jay Litvack, that the preliminary injunction issued by the Court on August 16, 2024 [Dkt. No. 58] be amended so that the final paragraph reads as follows:

       ORDERED that the preliminary injunction as set forth in subparagraphs (1) through (9) above shall not apply to (A) any J/SLIDES merchandise bearing or sold in connection with the J/SLIDES mark that Styleline Studios, LLC purchased from Plaintiff; ~~and~~ (B) the J/SLIDES merchandise referenced in Paragraph 10 of the declaration of Jay Litvack dated February 28, 2024; *and (C) any "Existing Inventory" as defined in the "Settlement Agreement" entered into October 30, 2024, between Hilldun Corporation, on the one hand, and Styleline Studios, LLC, Dimitrios Mavridakis a/k/a Dimitri Mavridakis, Tina Ey-Vean Liu, and Styleline Studios International Limited, on the other hand, (the "Settlement Agreement") sold or offered for sale in accordance with the Settlement*

*Agreement or covered by the "Mark License" as defined in the Settlement*

*Agreement.*

Dated:    New York, New York
               November 8, 2024

| | |
|---|---|
| MORIT HOCK & HAMROFF LLP<br>Attorneys for Plaintiff<br>Styleline Studios International Limited | CLAYMAN ROSENBERG KIRSHNER<br>& LINDER LLP<br>Attorneys for Defendant Jay Litvack |
| _/s  Michael Schwab_____<br>By : Michael Schwab<br>400 Garden City Plaza<br>Garden City, New York 11530<br>(516) 873-2000 | _/s Paul S. Hugel_____<br>By:   Paul S. Hugel<br>305 Madison Avenue – Ste 650<br>New York, New York 10165<br>(212) 922-1080 |

SO ORDERED:

_____
Hon.  Orelia E. Merchant
United States District Judge