**BECKER LLC**
Erik B. Derr, Esq. (5869086)
2 Park Avenue, 20th Floor
New York, New York 10016
(973) 422-1100
ederr@becker.legal
Attorneys for Counter Defendants
Tina Ey-Vean Liu and Dimitri Mavridakis

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ X:
STYLELINE STUDIOS INTERNATIONAL LIMITED,

        Plaintiff,

  -against-

JAY LITVACK,

        Defendants.

------------------------------------------------------------------ X

Case No.: 24-cv-1192-OEM-JMW

JAY LITVACK,

        Counterclaim Plaintiff,

  -against-

STYLELINE STUDIOS INTERNATIONAL LIMITED, TINA EY VEAN LIU, and DIMITRIOS MAVRIDAKIS,

        Counterclaim Defendants.

------------------------------------------------------------------ X

**AFFIRMATION OF SERVICE**

      **ERIK B. DERR, ESQ.,** an attorney duly admitted to practice law in the State of New York, with offices therein, by way of affirmation in lieu of affidavit, do hereby affirm as follows:

      1.    I am an attorney-at-law licensed in the Eastern District of New York and of Counsel at the law firm Becker LLC, attorneys Tina Ey Vean Liu and Dimitrios Mavridakis ("Counterclaim Defendants").

1

2.On March 11, 2025, I caused the Docket Text Order entered by the Honorable Judge James M. Wicks on March 7, 2025 to be served upon Tina Ey Vean Liu and Dimitrios Mavridakis ("Counterclaim Defendants") via e-mail and first class mail, by depositing a copy of same in a postage-paid envelope in an official depository of the United States Mail located at 354 Eisenhower Parkway, Livingston, New Jersey to:

>Dimitri Mavridakis
>28 Stukley Road
>West Bolton
>Quebec
>J0E 2T0
>Canada
>dimitrimavridakis@gmail.com
>(By e-mail and certified mail)
>
>Tina Liu
>25 A tower 2 Harbourside
>1 Austin Road
>West Kowloon
>Hong Kong
>tinaevliu@gmail.com
>(By e-mail and certified mail)

I hereby affirm that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Erik B. Derr, Esq.*
ERIK B. DERR, ESQ.

Dated: March 11, 2025